# United States Court of Appeals
## For the First Circuit

No. 19-1001

UNITED STATES,

Appellee,

v.

EDGAR BELIS,

Defendant - Appellant.

**MANDATE**

Entered: December 16, 2020

In accordance with the judgment of November 25, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Edgar Belis
Donald Campbell Lockhart
Kunal Pasricha
Christopher John Pohl
Austin C. Tzeng