UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 17-10042-NMG |
| | ) |
| EDGAR BELIS, | ) |
| Defendant. | ) |

### **MEMORANDUM**

NOW COMES appointed counsel for Edgar Belis and submits the following memorandum in response to Mr. Belis's *pro se* "Motion to Relieve Counsel and Proceed Pro Se," filed on June 20, 2023, ECF 130.

On June 20, 2023, Mr. Belis's "Motion to Relieve Counsel and Proceed *Pro Se*," was docketed. 6/20/2023, ECF 130.

Since the motion was filed, I have had approximately 8 telephone conversations with Mr. Belis on diverse dates. I have had email and other written correspondence with him. I have performed legal research in connection with his case, and reviewed case records and other materials pertaining to the motions to vacate his prior cases, which are the basis of this habeas petition and are discussed in prior status reports. I have discussed the fruits of this work with Mr. Belis in writing and over the phone.

Based on the foregoing, I can report that Mr. Belis no longer wants to proceed *pro se* or and desires that the undersigned continue to represent him. In light of this representation, I therefore respectfully request the Court withdraw Mr. Belis's motion.

        Respectfully submitted,

        EDGAR BELIS,
        By his attorney,


        */s/Ian Gold*
        Ian Gold (BBO# 665948)
        185 Devonshire Street, Suite 302
        Boston, MA 02110
        ian.gold@iangoldlaw.com
        617-297-7686 (office and mobile)


Date:  October 4, 2023

**CERTIFICATE OF SERVICE**

    I hereby certify that true copies of this document will be served on the registered parties through the ECF system or other electronic delivery on this date, Oct. 4, 2023.

        */s/Ian Gold*
        Ian Gold