FILED
IN CLERKS OFFICE

2023 JUN 20  PM 12: 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTES

UNITED STATES OF AMERICA,

       Plaintiff;

-versus-

EDGAR BELIS,

       Defendant.

Case No.: 1: 17-Cr- 10042

---

## MOTION TO RELIEVE COUNSEL AND PROCEED PRO SE

    Edgar Belis, Defendant Pro se, respectfully requests the Court relieve counsel of record, Ian Gold, from the above captioned case so he can proceed pro se with his Motion to Vacate, Set Aside or Correct Sentence. It has become apparent that Mr. Gold does not have the time to dedicate to this case which involves an indisputably illegal sentence in light of the Hinton Lab scandal. Indeed, Mr. Belis didn't even know the Court had appointed counsel to the case until he attempted to file his renewed 2255 motion. Apparently, the Court had appointed Mr. Gold over 7 months ago. This case is ripe for adjudication and any further delay greatly prejudices Mr. Belis in that his programming opportunities will be impacted, the sentence he is serving is plainly illegal, and, as William Gladstone put it, "justice delayed is justice denied."

    Mr. Belis acknowledges that he previously requested the Court appoint counsel which was mooted by the Court's prior order appointing Mr. Gold. It was Mr. Belis' hope that counsel would help move the case along as it is far easier for counsel to communicate with the government about all the minutiae involved with a resentencing than it is for an incarcerated defendant. But, Mr. Gold has been largely absent and unavailable to represent Mr. Belis for the case. As he doesn't have the right to counsel of choice for 2255 proceedings, Mr. Belis elects to proceed pro se.

    WHEREFORE, Edgar Belis respectfully moves the Court to relieve counsel, Ian Gold, from the case and permit Mr. Belis to proceed pro se for the purposes of this Section 2255 case. He further requests the Court grant all other relief to which Mr. Belis is entitled or is just and proper under the circumstances.

*Motion denied as moot (See Memorandum, Docket No. 131).*

*S/N Gorton, USDJ 10/06/2023*